FILED
CLERK, U.S DISTRICT COURT

OCT 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY

1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ISRAEL SOTO-ZAMORA<br><br>    Defendant. | 12-MJ-2305<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (X)  the appearance of defendant as required; and/or

(B)  (X)  the safety of any person or the community.

//
//

The court concludes:

A.   (X)   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: he will comply with conditions. The allegations regard his battery arrest are serious and indicate that he is a danger. His criminal history also indicates he is a danger.

(B)   (X)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: he will comply with conditions of release. Defendant failed to report for drug testing on multiple occasions, failed to report to his probation officer + also has no bail resources or sureties.

IT IS ORDERED that defendant be detained.

DATED: 10/4/12

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2