

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL SOTO-ZAMORA,<br><br>Defendant. | NO.: CR 14-00079-SVW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |
|---|---|

The defendant having been arrested in this district pursuant to a warrant issued by this United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

1 | released under 18 U.S.C. § 3142(b) or (c). This finding is
2 | based on: the prior revocation of his supervised release; and
3 | his alleged history of non-compliance with the terms and
4 | conditions of his supervised release, including alleged failures
5 | to report as ordered.
6 | and
7 | B. (X) The defendant has not met his burden of establishing by
8 | clear and convincing evidence that he is not likely to pose a
9 | danger to the safety of any other person or the community if
10 | released under 18 U.S.C. § 3142(b) or (c). This finding is
11 | based on: his criminal history; and history of substance abuse.
12 | IT THEREFORE IS ORDERED that the defendant be detained pending
13 | the further revocation proceedings.

DATED: April 10, 2014

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE